10cv0084

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 9 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY
SHREVEPORT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **David L. Hicks** | ) Civil Action No. |
| *Plaintiff* | ) |
| Versus | ) |
| | ) |
| *Defendants*, | ) |
| | ) |
| Johna Page | ) |
| Shreveport Police Officers | ) |
| Off. Roy R. Hall badge no. 1170, | ) |
| Cpl M. A. Bianco badge no. 56 , | ) |
| K-9 Off. C.W. Yarborough bdg #95 | ) |
| Shreveport Police Department , | ) |
| The City of Shreveport, | ) |
| Louisiana State University | ) |
| Health Sciences Center , | ) |
| Dr. Edward J. LoCascio | ) |
| State of Louisiana | ) |
| Caddo Parish Government , | ) |
| Caddo Parish Sheriffs department, | ) |
| Caddo Correctional Center | ) |

## -Plaintiff-Defendants and heading page 1-

ORIGINAL

## Paragraph 1.

This action may be and can be brought pursuant to

42 U.S.C. Section 1983, 1988,

and the 2nd 4th 8th, and 14th, Amendments to The

United States Constitution . Jurisdiction is based upon

28 U.S.C. Section 1331 and 1343 and the aforementioned

Statutory and constitutional provisions. And the claims and

damages are over $10,000.00, Also the jurisdiction is

invoked

That the plaintiff , David L. Hicks maintains in this jurisdiction

And the defendants are also within this courts jurisdiction.

Plaintiff, further invokes the supplemental jurisdiction of this

court to

Hear and decide the claims that may arise or be claimed to arise

Under The Louisiana State and federal Laws.

**-Page 2-**

## Paragraph 2.

Plaintiff David L. Hicks is a Citizen of the United States,
a United States Armed Forces Disabled Veteran,   and a resident
Of the State of Louisiana and  a resident of Caddo Parish,
Louisiana Plaintiff  was  and is  the injured party in this action .

## Paragraph 3.

Defendants,  are, believed to be , were working in concert whether
knowingly or unknowingly,  and  are severely and liabley
responsible and claimed  for damages caused to the plaintiff,

Johna Page  ,
Shreveport Police Officers  ,
off. Roy  R. Hall  badge no. 1170 ,
Cpl M. A. Bianco badge no. 56 ,
K-9 Off. C.W. Yarborough badge no. 95
Shreveport Police Department ,
The City of Shreveport,
Louisiana State University
Health Sciences Center ,
Dr. Edward J. LoCascio ,
State of Louisiana ,
Caddo Parish Government ,
Caddo Parish Sheriffs department, and
Caddo Correctional Center .

**-Page 3-**

## Paragraph 4.

All defendants  were working or acting as employees of  The City,

state or parish Government  except for Johna Page .

The date  and dates of this complaint   began on 1-20-2009,  and all

individuals  and

Commissions and incorporations  and entities  whether  a member of

Caddo  Parish or the state,  are sued individually , severally and

Liable.

It is maintained, they, acted,  In concert, whether intentionally or

unintentionally  to deprive the plaintiff of certain rights  and

privileges and cause physical and mental damages to the plaintiff

That  are protected by  the United States Constitution

And in good conscience of the law.

-Paragraph 5-

## **Statement of claim**

The cause of this action began on  January 20th, 2009  by the

Defendant , Johna Page , residing at 9249 Highcrest drive

Shreveport, La.  Driving a Tan Mercury Mountaineer SUV,

 Lic. Plate no. RJP919.  Johna Page was illegally parked in line of

Cars illegally parked,  on  Fairfield Ave while alleged to picking up

her child at  Fairfield Elementary School , and  illegally blocking

the  intersection  of   the 400 block of E.65th  street.  Shreveport La.

Her illegal and negligent actions has caused the plaintiff  the

Following  damages .

a. Emotional Duress
b. Physical duress
Caused  by ,        1. Illegally Blocking an intersection
                          2. Hindering  traffic including the plaintiff
                          3. Failure to yield and give right of way
                          4. Negligence
                          5. Making false statements to Police
                          6. Causing the death of a  8 wk old Lab Puppy
                          7. Post traumatic stress
                          8. Endangering Plaintiff and his animals on trailer

**-Page 5-**

The following claims against the following officers are

a.   Use of excessive force and committing the cowardly
     Act of beating down a disabled veteran
b.   Torture and use and Misuse of Handcuffs
c.   Lying about the nature of their business
d.    aggravated assault upon a disabled veteran
e.    aggravated battery upon a disabled veteran
d.   withholding evidence
f.   falsifying evidence, making a false charge of resisting
g.   Making false charges of wrongful backing of trailer

Off. Roy  R. Hall  badge no.    1170,
Cpl M. A. Bianco badge        no. 56 ,
K-9 Off. C.W. Yarborough  bdg  #95

Which caused the following damage

1.   Emotional distress and duress
2.   Physical duress and distress
3.   Broken and scratched prescription eye glasses
4.   Broken rib
5.   Broken and permanent damage to teeth and crowns
6.   Failure to give equal protection of the law
7.   Destroying plaintiffs belief and trust in law
     Enforcement officers.
8.   Neck Injuries  and neck Pain
9.   Post traumatic stress

**-Page 6-**

The claims against the city of Shreveport and Shreveport Police Department are as well liable for the actions and damages caused by their employees .

The Claims against the following ,

a. Louisiana State University  Health Sciences Center ,

b. Dr. Edward J. LoCascio

c. State of Louisiana

Are:  1.   Malpractice
2.   Failure to treat a patient they are under contract To  Treat.
3.   Prevaricating about the medical tests they performed
4.    Maintaining a filthy and below standard prisoner Holding cell. And failing to treat for shock.
5.   Failure to run proper medical tests such as ct scans , MRI or even simple x-rays  after the plaintiff Complained of swelling of the brain and severe chest Pain  and difficulty breathing.
6.   Negligence
7.   Failure to document injuries the plaintiff  came in with

The Claims against the following are;

a. State of Louisiana
b. Caddo Parish Government ,
c. Caddo Parish Sheriffs department,
d. Caddo Correctional Center

1. Deprivation of proper medical treatment
2. Deprivation of prescribed medications
   By the plaintiffs Doctors including pain
   Medication for existing medical conditions
3. Malpractice
4. Maintaining the plaintiff in an overcrowded
   Prison cell designed for 2 people and yet occupied
   By 3 people for 14 days.
5. Unfair treatment of plaintiff as a pretrial prisoner
   Depriving him of certain rights that should not
   Be severed by a pre-trial prisoner.
6. Depriving plaintiff of his right to a fair hearing even
   A so-called bond or bond reduction hearing .
7. Running a Prison for Profit instead of rehabilitation
8. False advertising
9. Deprivation of the use of the Law Library
10. Deprivation of even proper writing pens
11. Negligence
12. Deprivation and severe limitation to access to phones
13. Prisoner harassment continued on -page 9-
14. Post traumatic stress

**-Page 8-**

The Plaintiff lay in severe pain, incarcerated at the Caddo Correctional  Center for 14   Agonizing days deprived of access to an attorney, deprived of proper medical care, proper medication, and pain medication for the new caused injuries and although he brought in his own medication, doctor prescribed medication, was deprived of it.  The plaintiff was in a no.10 pain  with  a broken rib, broken teeth,  and a hand cuff injury that cut off the blood flow so long it caused permanent damage to the wrists and lower Arms .

15. The plaintiff remained under high bond because the district attorney lied about notifying the plaintiff about his next court appearance which the plaintiff had no chance to explain to the judge, thus resulting in a high bond and unfair bond on charges that were already dismissed by La. 2nd Circuit Ct of Appeal .

16. The plaintiff's family and all his rescue animals many who require daily medication, had to suffer for 14 days while he was incarcerated all because of the plaintiff's opinion , One arrogant lady, the defendant, Johna Page, could not obey the law and display a little road courtesy. In fact a little abandoned yellow Labrador retriever puppy died because the plaintiff could not be home to protect it . Continued on page 11

It  got in the yard of a neighbors aggressive

dogs and they injured it so bad that animal control had to

kill it, end its life.  The plaintiff holds her directly

responsible for that young dogs life .

17.   As a result  of  the  Unlawful  actions of the defendants  ,

The plaintiff  and his family and his animals

has suffered physically, financially ,  and emotionally .

Plaintiff has had to seek medical treatment from his  injuries

caused by  the plaintiffs which he continues to suffer from .

18.   The Plaintiff maintains certain defendants of this action are

Liable for  The intentional , unnecessary and unlawful  use

of  excessive force  Which was unwarranted and resulted in

infliction of serious injuries and  loss of trust in law enforcement.

**-page 11-**

19.    The actions of all the defendants acting in concert, has

caused' The plaintiff, financial loss and  has caused loss of his

 Civic  consciousness and his unlawful arrest without probable

   Cause all under the color of law , thus depriving plaintiff of his

   Rights, privileges,  and immunities secured by The United States

Constitution  and law  in violation of 42 USC 1983 and the fourth ,

fifth, eighth, and fourteenth amendments to the United States

Constitution. And also his charges without proper foundation.

20.    The Plaintiff  believes the defendants acting in concert and or

    Individually , acted with deliberate  indifference and/or out

   Of ignorance of  plaintiff's rights, acted maliciously, wantonly,

   Oppressively, and or  in  **'Bad Faith** '  so as to deny  plaintiff's

    Rights protected under both  Louisiana State Law  and Federal

Constitutions.  Plaintiff feels  he should  be entitled to  sizable

Compensation,  And judgment,  since this state does not have

Punitive Damages  .

Therefore  the plaintiff is asking for the following  Judgments from

the following defendants ;

1.     Johna Page ……………………………….     **$180,000.000**
                         (One hundred and eighty thousand US dollars)

2.     City Of Shreveport, Shreveport City Police Department ,
       Probationary Officer Roy R. Hall,  cpl. M. A. Bianco,
       Officer C.W. Yarborough, ………………     **$2,500.000.00**
                         ( two million , five hundred thousand dollars )

3.     Louisiana State University  Health Sciences Center ,
       Dr. Edward J. LoCascio , State of Louisiana,
       …………………………………..................**$350,000.00**
                         ( three hundred and fifty thousand us dollars )

4.     State of Louisiana,  Caddo Parish Government ,
       Caddo Parish Sheriffs department,
       Caddo Correctional Center ,
       …………………………………..................**$450,000.00**
                         (four hundred and fifty hundred us dollars )

**I.**  **Wherefore the Plaintiff , David L. Hicks,** Pray that :

After all due proceedings  that there be judgment herein  in favor

of  Plaintiff and petitioner and against the above and foregoing

defendants Named in this complaint  in so lido   for such damages

as are  Reasonable in the premises,  together  with legal interest

from the date of  Judicial demand ,  until  paid , together with all

costs  of these  Proceedings .

II.      That the  fees of the expert witnesses  of any description,

included,  but not limited to liability, economic and medical

experts, be  Taxed  also as costs in these proceedings.

III .   For  all other orders and writs  necessary for the general and

Equitable  relief  in the premises.

# **Prayer for Relief**

Wherefore , Plaintiff,

David L. Hicks  PRAY for

The following  relief against  the  defendants  jointly , severally
and

In so lido ,   the following amounts ,

1.   Johna Page ………………………………. **$180,000.000**
                                 (One hundred and eighty thousand US dollars)

2.   City Of Shreveport, Shreveport City Police Department ,
     Probationary Officer Roy R. Hall,  cpl. M. A. Bianco,
     Officer C.W. Yarborough, ………………   **$2,500.000.00**
                       ( two million , five hundred thousand dollars )

3.   Louisiana State University  Health Sciences Center ,
     Dr. Edward J. LoCascio , State of Louisiana,
     …………………………………...................**$350,000.00**
                        ( three hundred and fifty thousand us dollars )

4.   State of Louisiana,  Caddo Parish Government ,
     Caddo Parish Sheriffs department,
     Caddo Correctional Center ,
     …………………………………...................**$450,000.00**
                        (four hundred and fifty hundred us dollars )

**-Page 14-**

Because the State of Louisiana does not Have punitive damages,

The damages can be called substantial

1.   That the defendants Pay for all Legal costs that have
already incurred in the lower courts or may incur including the
costs of appeals including cost of transcripts attorneys fees, legal
costs, bond moneys including interest on loans Obtained to secure
bond money on principle and interest incurred, interest that
occurred on money , the plaintiff Had or has to incur .

2.   Compensation for all medical expenses

3.   Compensation for pain and suffering

4.   Compensation for the plaintiff having to hire a lawyer
      To represent him on the criminal defense and all his legal
      Expenses to litigate this case .

**-Page 15-**

5.     Compensation and legal fees  for  having have to bring this
       Federal complaint  including service and filing.


6.     Compensatory  damages for physical and mental injuries
   received  By plaintiff  for pain , suffering , mental anguish, duress,
   loss of  time, And quality of life caused by the defendants and
   their actions.

7.     A Jury trial  if the defendants do not request it .


8.     Any  other relief  as appears reasonable  and just by this court

## -Page 16-
## **Declaration  Under Penalty of Perjury**

In the State Of Louisiana, In the Parish of Caddo,

Of  The United States  of America , I  David L. Hicks,

The plaintiff,

Herewith declare under the penalties of perjury that  the declaring
is
Competent under law to give this declaration and unless otherwise

stated has personal knowledge of the facts stated herein,

Respectfully Submitted,

January  19th  2010

David L. Hicks                                              By David L. Hicks pro se
Address445 e. 65th Street
Shreveport La.  71106

-page 17-

## Certificate

**I hereby certify that the above and foregoing complaint**

**Will be attempted to be  served to  the above and foregoing**

**Defendants Within  the time frame  allowed by law**

By   David L. Hicks    pro se

January  19th, 2010

**-Page 18-**

## This Page reserved for  Amendments

## Page 19

This page also reserved for Amendments