U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT
MAY 28 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID L. HICKS | CIVIL ACTION NO. 10-cv-0084 |
| VERSUS | JUDGE STAGG |
| JOHNA PAGE, ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against the Caddo Correctional Center, Caddo Parish Government, Shreveport Police Department, and Caddo Parish Sheriff's Department are **dismissed with prejudice** on the grounds that those defendants are not legal entities capable of being sued.

**IT IS FURTHER ORDERED** that all claims against the State of Louisiana and the Louisiana State University Health Science Center are **dismissed without prejudice** for lack of subject-matter jurisdiction due to the Eleventh Amendment.

**IT IS FURTHER ORDERED** that all Section 1983 claims against Dr. Edward J. LoCascio are **dismissed with prejudice** for failure to state a claim on which relief can be granted, and any state law claims against him are **dismissed without prejudice** because the

court declines to exercise supplemental jurisdiction over them. He is terminated as a defendant.

**IT IS FURTHER ORDERED** that all Section 1983 claims against Johna Page are **dismissed with prejudice** because she is not a state actor, and any state law claims against her are **dismissed** because the court declines to exercise supplemental jurisdiction over them. She is terminated as a defendant.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of May, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE