UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID L. HICKS | CIVIL ACTION NO. 10-cv-0084 |
| VERSUS | JUDGE STAGG |
| JOHNA PAGE, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Stay (Doc. 78) is **denied** and that all of Plaintiff's remaining claims are **dismissed with prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of January, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE